IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01998-REB-KLM

LARRY CARY,
ELIZABETH CARY,
MARK CHAMBERLAIN,
REBECCA CHAMBERLAIN,
MARK AND REBECCA CHAMBERLAIN, as next best friends of SAM CHAMBERLAIN and
BEN CHAMBERLAIN,

     Plaintiffs,

v.

AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiffs' Notice and Motion for Recusal of Magistrate Judge Mix** [Docket No. 24; Filed November 1, 2010] (the "Motion").

     D.C.COLO.LCivR 7.1A. requires that a party confer with opposing counsel prior to filing a motion.  The rule also requires the moving party to state in the motion or in a certificate attached to the motion the specific efforts made to confer.  Plaintiffs have failed to comply with the Local Rule.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

Dated:  November 2, 2010