IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01998-REB-KLM

LARRY CARY,
ELIZABETH CARY,
MARK CHAMBERLAIN,
REBECCA CHAMBERLAIN,
MARK AND REBECCA CHAMBERLAIN, as next best friends of SAM CHAMBERLAIN and
BEN CHAMBERLAIN,

      Plaintiffs,

v.

AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT,

      Defendant.
_____

## ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiffs' Notice and Unopposed Motion for Recusal of Magistrate Judge Mix** [Docket No. 28; Filed November 3, 2010] (the "Motion"). Although I am fully confident that I am able to fairly, impartially, and disinterestedly adjudicate any issues that may come before me in this action, 28 U.S.C. § 455(a) instructs that a Magistrate Judge "shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned."  In view of the facts that I was formerly of counsel with the law firm of Snell & Wilmer, LLP-Denver, which represents Defendant, and that Jonathan M. Allen, counsel for Defendant, formerly served in my chambers, and in order to avoid the appearance of impropriety, I hereby recuse myself from this action. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

      IT IS FURTHER **ORDERED** that the Clerk of the Court shall assign another Magistrate Judge to this case.

Dated at Denver, Colorado, this   3rd   Day of November, 2010.

                                        BY THE COURT:

                                          s/   Kristen L.  Mix
                                        Kristen L.  Mix
                                        United States Magistrate Judge