IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-CV-01998-REB-MJW

LARRY CARY, ELIZABETH CARY, MARK CHAMBERLAIN,
REBECCA CHAMBERLAIN, MARK and REBECCA CHAMBERLAIN,
as next best friends of SAM CHAMBERLAIN and BEN CHAMBERLAIN,

Plaintiffs,

v.

AUTOMOBILE INSURANCE COMPANY OF HARTFORD,
CONNECTICUT,

Defendant.

---

## ORDER GRANTING
## DEFENDANT'S UNOPPOSED MOTION TO AMEND ANSWER
## (DN 35)

---

It is hereby ORDERED that the Defendant's Unopposed Motion to Amend Answer (DN 35), filed with the Court on January 31, 2011, is GRANTED. Defendant's Amended Answer, attached to its Motion at DN 35-1, Exhibit A, is hereby accepted and deemed filed as of the date of this Order.

FURTHER, it is ORDERED, that counsel shall use the correct case number on all future pleadings in this matter. The correct case number is 10-cv-01998-REB-**MJW**.

Dated this 2nd day of February, 2011.

BY THE COURT:

s/Michael J. Watanabe
_____
MICHAEL J. WATANABE
US Magistrate Judge