IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-CV-01998-REB-MJW

LARRY CARY, ELIZABETH CARY, MARK CHAMBERLAIN,
REBECCA CHAMBERLAIN, MARK and REBECCA CHAMBERLAIN,
as next best friends of SAM CHAMBERLAIN and BEN CHAMBERLAIN,

Plaintiffs,

v.

AUTOMOBILE INSURANCE COMPANY OF HARTFORD,
CONNECTICUT,

Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT AND ALTER DISCOVERY DEADLINES ( Docket Nos- 41 and 45)

The Court, having considered the Parties' stipulated motion to amend the complaint and alter certain discovery deadlines (the "Motion"), the file, and being otherwise fully informed in the premises, hereby orders as follows:

1. Plaintiffs' motion to amend their complaint is GRANTED (DN. 41). The Amended Complaint is deemed filed as of the date of this order. Defendant shall answer the amended complaint no later than 14 days from the date of this order.

2. Due to the timing of Plaintiffs' amendment to their complaint, good cause exists to modify the scheduling order as follows:

- Rebuttal expert disclosures are moved from August 5, 2011 to **September 5, 2011**

- Discovery cutoff is moved from September 5, 2011 to **October 5, 2011**

- Dispositive motion deadline is moved from October 5, 2011 to **October 19, 2011**

3. Finally, the settlement conference, currently set for September 8 2011 is at 8:30am hereby vacated. Counsel shall contact chambers to discuss mutually agreeable dates to reset the settlement conference. (303) 844-2403 on or before August 5, 2011.

DATED July 26th, 2011

BY THE COURT:

/s/ Michael J. Watanabe

United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO