IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01998-RBJ-MJW

LARRY CARY,
ELIZABETH CARY,
MARK CHAMBERLAIN,
REBECCA CHAMBERLAIN, and
MARK AND REBECCA CHAMBERLAIN, as next best friends of SAM CHAMBERLAIN
and BEN CHAMBERLAIN,

Plaintiff(s),

v.

AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT,

Defendant(s).

_____

MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that Defendant's Motion to Compel Discovery Responses
(docket no. 63) is GRANTED IN PART AND DENIED IN PART for the reasons stated
below.  The Motion is GRANTED IN PART AND DENIED IN PART as follows:

1.      As to Interrogatory No. 20, I find that Defendant has deposed Rebecca
        Chamberlain, Mark Chamberlain and Elizabeth Cary and therefore no
        further response is required by these three Plaintiffs as to Interrogatory
        No. 20.  As to Plaintiffs Sam Chamberlain, Ben Chamberlain and Larry
        Cary, I find that these three Plaintiffs have not fully responded to
        Interrogatory No. 20 and therefore these three Plaintiff shall provide a
        complete response to Interrogatory No. 20 on or before November 18,
        2011;

2.      As to Interrogatory No. 23, I find that Plaintiffs have fully responded to
        Interrogatory No. 23 and no further response is required;

3.      As to Interrogatory No. 14, I find that Interrogatory No. 14 is overly broad,
        unduly burdensome and vague as drafted and therefore no further
        response is required by the Plaintiffs; and,

4.      As to Interrogatory No. 12, I find that Plaintiffs have agreed in their
        Response (docket no. 76) to provide an unredacted copy of

CHAMBERLAIN 000817 to Defendants.  Plaintiffs shall provide to Defendant an unredacted copy of CHAMBERLAIN 000817 on or before November 18, 2011.

It is FURTHER ORDERED that each party shall pay their own attorney fees and costs for this motion finding that an award of expenses would be unjust under these circumstances pursuant to Fed. R. Civ. P. 37(5)(C).

Date:  October 27, 2011