IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-01998-RBJ-MJW

LARRY CARY,
ELIZABETH CARY,
MARK CHAMBERLAIN,
REBECCA CHAMBERLAIN, as next best friends of
SAM CHAMBERLAIN and BEN CHAMBERLAIN,

      Plaintiffs,

v.

AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT,

      Defendant.

---

ORDER FOR DISMISSAL OF PLAINTIFF'S SAM CHAMBERLAIN AND BEN CHAMBERLAIN WITH PREJUDICE

---

After review of the Stipulated Motion for Dismissal of Plaintiffs Sam Chamberlain and Ben Chamberlain it is

ORDERED that all claims arising between these parties should be, and the same are dismissed with prejudice.

DATED this 18th day of September, 2012.

                                                BY THE COURT:

                                                _____

                                                R. Brooke Jackson
                                                United States District Judge