IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-01998-RBJ-MJW

LARRY CARY, ELIZABETH CARY, MARK
CHAMBERLAIN, REBECCA CHAMBERLAIN,
and MARK AND REBECCA CHAMBERLAIN,
as next best friends of SAM CHAMBERLAIN and
BEN CHAMBERLAIN,

      Plaintiffs,

v.

AUTOMOBILE INSURANCE COMPANY OF
HARTFORD, CONNECTICUT,

      Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

      Pursuant to Stipulation of the parties hereto, and good cause appearing therefor,

      IT IS HEREBY ORDERED that this matter shall be, and hereby is, dismissed with prejudice, each party to bear their own costs and attorneys' fees.

      Dated this 27th day of September, 2012.

_____
R. Brooke Jackson
United States District Judge

15875703.1